

# NUMBER 13-26-00254-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ROBERTA AMAYA,**                                                                                    **Appellant,**

**v.**

**CAPITAL ONE, N.A., SUCCESSOR
BY MERGER TO DISCOVER BANK,**                                                      **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 10
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron
Memorandum Opinion by Chief Justice Tijerina**

The cause is before the Court on its own motion. On April 6, 2026, appellant filed a notice of appeal seeking to appeal a final summary judgment entered in trial court cause number CL-25-6053-J. On April 9, 2026, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee within ten days from the date of the notice. Furthermore, on April

9, 2026, the Clerk of the Court notified appellant that the notice of appeal was not in compliance with Texas Rules of Appellant Procedure 9.5, 25.1(d)(2), (4), and (e). *See id.* R. 9.5(e), 25.1(d)(2),(4), (e). Appellant was provided thirty days to cure the defects. On May 13, 2026, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee and that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See* TEX. R. APP. P. 42.3(c).

Appellant has failed to cure the defective notice of appeal, failed to pay the filing fee, and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
2nd day of July, 2026.